AARON D. SHIPLEY (NSBN 8258)
AMANDA C. YEN (NSBN 9726)
MEGAN L. STARICH (NSBN 11284)
McDONALD CARANO WILSON LLP
2300 W. Sahara Avenue, Suite 1200
Las Vegas, NV  89102
Telephone:  702.873.4100
Facsimile:   702.873.9966
E-mail: ashipley@mcdonaldcarano.com
ayen@mcdonaldcarano.com
mstarich@mcdonaldcarano.com

Robert A. Binion, Esq. (*pro hac vice*)
CARROLL BURDICK & McDONOUGH LLP
44 Montgomery Street, Ste. 400
San Francisco, CA  94104
Telephone:  415.989.5900
E-mail:   rbinion@cbmlaw.com

*Attorneys for Defendant Purely Pomegranate, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THOMAS FIORE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TOWNSEND FARMS, INC., an Oregon corporation; PURELY POMEGRANATE, INC., a California corporation; FALLON TRADING CO., INC., a Pennsylvania corporation; UNITED JUICE CORP., a New Jersey corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.:  2:13-cv-01729-JCM-PAL<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's Minutes of Proceedings (dkt. 68) entered on March 20, 2014, plaintiff Thomas Fiore ("Plaintiff"), defendants Townsend Farms, Inc. ("Townsend"), Purely Pomegranate, Inc. ("PPI"), Fallon Trading Co., Inc. ("Fallon") and United Juice Corp. ("United") (collectively for purposes of this Joint Status Report only, the "Parties") hereby submit this Joint Status Report to update the Court as to the status of settlement discussions and the Parties' request for a transfer to the Multidistrict Litigation Panel ("MDL Panel").

Since the Court held the March 18, 2014 status conference and entered a stay of this matter on March 20, 2014, the Parties have worked diligently to resolve this action. The Parties engaged in a mediation session on May 1-2, 2014, and have scheduled an additional meditation session for June 3, 2014.

The Parties also continue to pursue a transfer and coordination or consolidation of the pending actions to the MDL Panel. The MDL Panel has set oral argument on the Parties' Joint Motion for Transfer and Coordination or Consolidation for May 29, 2014.

By this Joint Status Report, the Parties agree that a continuation of the stay in this matter to allow for ongoing settlement discussions and a decision by the MDL Panel regarding a transfer and coordination or consolidation of the actions is necessary and is not being sought for any purposes of delay.

Dated: *May 20, 2014*  .

MARLER CLARK, LLP

By: /s/ *William Marler*
   William D. Marler, Esq. (*pro hac vice*)
   1301 Second Avenue, Suite 2800
   Seattle, WA  98101
   Telephone:  206.346.1888
   Facsimile:  206.346.1898

   Craig M. Murphy, Esq. (#4014)
   MURPHY & MURPHY LAW OFFICES
   10191 Park Run Drive, Suite 100
   Las Vegas, NV  89145
   Telephone:  702.369.9696
   Facsimile:  702.369.9630

   *Attorneys for Thomas Fiore, Plaintiff*

Dated: *May 20, 2014*  .

PRINCE & KEATING, LLP

By: */s/ Dennis M. Prince*
   Dennis M. Prince, Esq. (#5092)
   3230 S. Buffalo Drive, Ste. 108
   Las Vegas, NV  89117
   Telephone:  702.228.6800
   Facsimile:  702.228.0443

   *Attorneys for Townsend Farms, Inc.*

Dated: *May 20, 2014*  .

McDONALD CARANO WILSON LLP

By: */s/ Amanda C. Yen*
   Aaron D. Shipley, Esq. (#8258)
   Amanda C. Yen, Esq. (#9726)
   Megan L. Starich, Esq. (#11284)
   2300 W. Sahara Avenue, Suite 1200
   Las Vegas, NV  89102
   Telephone:  702.873.4100
   Facsimile:  702.873.9966

   Robert A. Binion, Esq. (*pro hac vice*)
   CARROLL BURDICK &
   McDONOUGH LLP
   44 Montgomery Street, Ste. 400
   San Francisco, CA  94104
   Telephone:  415.989.5900

   *Attorneys for Defendant Purely Pomegranate, Inc.*

| | |
|---|---|
| Dated: *May 20, 2014*            . | Dated: *May 20, 2014*         . |
| LEWIS BRISBOIS BISGAARD & SMITH LLP | WILLIS DEPASQUALE, LLP |
| By: */s/ Josh Aicklen*<br>    Josh C. Aicklen, Esq. (#7254)<br>    David Avakian, Esq. (#9502)<br>    6385 S. Rainbow Blvd., Suite 600<br>    Las Vegas, NV  89118<br>    Telephone:  702.893.3789<br><br>    *Attorneys for United Juice Corp.* | By: */s/ Carmine Pearl II*<br>    Larry N. Willis, Esq. *(pro hac vice)*<br>    Carmine J. Pearl, II, Esq. (*pro hac vice*)<br>    Garrett S. Gregor, Esq. (*pro hac vice*)<br>    725 W. Town & country Road, Ste. 550<br>    Orange, CA  92868<br>    Telephone:   714.544.6000<br>    Facsimile:    714.544.6202<br><br>    *Attorneys for Fallon Trading Co., Inc.* |

305891

**ORDER**

**IT IS ORDERED** that counsel shall have until June 30, 2014, to file a Joint Status Report advising the court of the status of settlement negotiations, and any action taken by the MDL Panel on the Joint Motion to Transfer and Coordination and Consolidation.

Dated this 28th day of May, 2014.

Peggy A. Leen
United States Magistrate Judge