AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF      Nevada

Thomas Fiore

Plaintiff,

V.

Townsend Farms, Inc., et al.,

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number:   2:13-cv-01729-JCM-PAL

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and  a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Plaintiff's Motion to Voluntarily Dismiss (#75) is Granted and Defendant Purely Pomegranate, Inc.'s Motion to Dismiss for Lack of Jurisdiction (#55) is Denied as moot. Plaintiff's Third Amended Complaint (#30) is Dismissed without prejudice.

Judgment is entered pursuant to Order (#76) entered on July 3, 2014.

July 3, 2014

Date

/s/ Lance S. Wilson

Clerk

/s/ Shelly Denson

(By) Deputy Clerk